Prepared by State Reporter from Appeal Papers

*Archibald Howard* for appellant.

*Israel T. Deyo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J., and LEHMAN, J.

---

MAURICE HOSCH, an Infant, by FRANCES LEVINE, His Guardian ad Litem, Respondent, *v.* NEW YORK TELE-PHONE COMPANY, Appellant. ·

EDWARD HOSCH, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

*Assault — master and servant — action to recover for injury to a boy from assault by employee of defendant.*

*Hosch* v. *New York Telephone Co.* (2 cases), 216 App. Div. 848, affirmed.

(Argued November 19, 1926; decided December 3, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second to recover for loss of services and expense by reason of such accident. It was alleged that an employee of defendant in the course of his employment attempted to take from the infant plaintiff a tool which he had picked up and while thus engaged threw him to the ground causing the injury complained of.

*Irving W. Young, Jr., Carl M. Abromeit, Cyrus F. Smythe* and *Charles T. Russell* for appellant.

*Jay S. Jones, Edward J. Fanning* and *Ralph G. Barclay* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.